```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04679
    ALEJANDRO BALDERAS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8664
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 03/16/2007 and was confirmed 06/06/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

   The case was converted to chapter 7 after confirmation 10/14/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLIANT CREDIT UNION | SECURED NOT I | NOT FILED | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 10325.31 | .00 | .00 |
| CHASE MANHATTAN MTG CORP | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MTG CORP | MORTGAGE ARRE | 1132.57 | .00 | 1132.57 |
| DYCK O NEAL INC | CURRENT MORTG | .00 | .00 | .00 |
| DYCK O NEAL INC | MORTGAGE ARRE | 3947.55 | .00 | 3593.97 |
| COOK COUNTY TREASURER | SECURED | 1008.00 | .00 | 1008.00 |
| REGIONAL ACCEPTANCE CORP | SECURED NOT I | .00 | .00 | .00 |
| REGIONAL ACCEPTANCE CORP | UNSECURED | 9769.42 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 22708.89 | .00 | .00 |
| CENTRIX RESOURCE SYSTEM | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 2616.44 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/55 | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/55 | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/55 | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 339.22 | .00 | .00 |
| OPTION ONE MORTGAGE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| TITLE LENDERS | UNSECURED | 833.50 | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL HOME L | NOTICE ONLY | NOT FILED | .00 | .00 |
| RAUL CHAVEZ | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARTHA BALDERAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 648.12 | .00 | .00 |
| US BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |

```
STEVEN A LEAHY              DEBTOR ATTY    1,264.00                  1,264.00
TOM VAUGHN                  TRUSTEE                                    530.96
DEBTOR REFUND               REFUND                                        .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 7,529.50

PRIORITY                                             .00
SECURED                                         5,734.54
UNSECURED                                            .00
ADMINISTRATIVE                                  1,264.00
TRUSTEE COMPENSATION                              530.96
DEBTOR REFUND                                        .00
                        ---------------        ---------------
TOTALS                  7,529.50                7,529.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/27/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE







                              PAGE   2
        CASE NO. 07 B 04679 ALEJANDRO BALDERAS